UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MAURO RAMIREZ,<br><br>        Petitioner,<br><br>    v.<br><br>BIDER, WARDEN,<br><br>        Respondent. | Case No. SACV 14-0040 DDP (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a _de novo_ determination of the portions to which objections were directed.

DATED: July 28, 2014

_____
Dean D. Pregerson
United States District Judge