UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MAURO RAMIREZ, | ) Case No. SACV 14-0040-DDP(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| BIDER, Warden, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: July 28, 2014

_____
Dean D. Pregerson
United States District Judge